UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TONY ADAMS, ALMA ANTUNEZ, AND HAMERLING BLANDON**<br><br>Plaintiffs,<br><br>v.<br><br>**AMEC FOSTER WHEELER USA CORPORATION, AND JOHN WOOD GROUP, PLC,**<br><br>Defendants. | Case No.: 2:21-cv-01338-MLCF-KWR<br><br>**Judge Martin L.C. Feldman**<br>**Division F**<br><br>**Magistrate Judge Karen Wells Roby**<br>**Division 4** |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants Amec Foster Wheeler USA Corporation and John Wood Group PLC, through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby make the following disclosures:

Amec Foster Wheeler USA Corporation is a wholly-owned indirect subsidiary of John Wood Group PLC, which publicly trades on the London Stock Exchange. There is no publicly traded company that owns 10% or more of John Wood Group PLC's stock.

Respectfully submitted this 28th day of September 2021,

> */s/ Heather F. Crow*
> HEATHER F. CROW, T.A. (La. Bar No. 33080)
> The Kullman Firm
> A Professional Law Corporation
> 2915 Kerry Forest Parkway, Suite 101
> Tallahassee, FL 32309
> Telephone: (850) 296-1953
> Facsimile: (504) 596-4114
> hfc@kullmanlaw.com

M. REBECCA COOPER (La. Bar No. 37080)
The Kullman Firm
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4114
mrc@kullmanlaw.com

*Attorneys for Defendants Amec Foster Wheeler USA Corporation and John Wood Group PLC*